No. 375. H. W. CARGILL, AS ASSESSOR, ETC., ET AL. *v.* UNITED STATES EX REL. FRANK PIERCE. On petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss for want of prosecution submitted November 15, 1920. Decided November 22, 1920. Dismissed for want of prosecution. *Mr. U. S. Bratton* for petitioners. *Mr. George B. Pugh* for respondent.

---

No. 440. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* JOSEPH N. KINNEY. Error to the District Court of the United States for the Eastern District of Pennsylvania. November 22, 1920. Dismissed with costs, on motion of *The Solicitor General* for plaintiff in error. No appearance for defendant in error.

---

No. 226. DALLAS LABOR TEMPLE ASSOCIATION ET AL. *v.* C. M. CURETON, ATTORNEY GENERAL, ETC., ET AL. Appeal from the District Court of the United States for the Northern District of Texas. November 22, 1920. Dismissed with costs, pursuant to the tenth rule. *Mr. Joseph Manson McCormick* for appellants. *Mr. C. M. Cureton* for appellees.